1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  Heather M. Melton (CABN 260870)
   Special Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7685
       E-Mail: heather.melton@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. 11-71170 TJB
                                        )
14          Plaintiff,                  )
                                        )    STIPULATION AND [PROPOSED]
15      v.                              )    ORDER
                                        )
16  JULIE A. WEAVER,                    )
                                        )
17          Defendant.                  )
                                        )
18

19      WHEREAS, the government is engaged in the process of providing discovery to defense

20  counsel, Assistant Federal Public Defender Rita Bosworth, on October 27, 2011;

21      WHEREAS, defense counsel will require time to review the discovery in effective

22  preparation of counsel;

23      WHEREAS, a failure to grant the continuance would deny counsel the reasonable time

24  necessary for effective preparation, taking into account the exercise of due diligence, and under

25  the circumstances the ends of justice served by a reasonable continuance outweigh the best

26  interest of the public and the defendants in a speedy trial;

27

28

United States v. Julie A. Weaver [CR 11-71170 TJB]
STIPULATION AND PROPOSED ORDER

1         THEREFORE, it is hereby stipulated by and between the parties, through their respective

2 counsel of record, that the period of time from October 28, 2011 to November 14, 2011 shall be

3 excluded in computing the time within which the trial of the offense alleged in the Complaint

4 must commence under Title 18, United States Code, Section 3161 for defendant.

5

6 DATED: October 27, 2011                 MELINDA HAAG
                                      United States Attorney

7
                                        /s/

8
                                        Heather M. Melton

9                                         Special Assistant United States Attorney

10
                                        BARRY PORTMAN

11                                         Federal Public Defender

12
                                        /s/

13 DATED: October 27, 2011
                                        Rita Bosworth

14                                         Assistant Federal Public Defender

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    *United States v. Julie A. Weaver* [CR 11-71170 TJB]
    STIPULATION AND PROPOSED ORDER

1      FOR GOOD CAUSE SHOWN:

2           The Court finds that the ends of justice are served by finding that a continuance in the

3  above captioned matter outweighs the best interests of the public and the defendant in a speedy

4  trial and the prompt disposition of criminal cases.

5           Therefore, the Court concludes that the exclusion of time from October 28, 2011 to

6  November 14, 2011 should be made under Title 18, United States Code, Sections

7  3161(h)(7)(B)(iv).

8

9      **IT IS SO ORDERED**

10

11  DATED: _10/28/11_

12                                          HON. TIMOTHY J BOMMER
                                            MAGISTRATE JUDGE
13                                          UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    *United States v. Julie A. Weaver* [CR 11-71170 TJB]
    STIPULATION AND PROPOSED ORDER